IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Cynthia Holmes<br><br>        Defendant. | CASE NO. 8:24CR65<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |
|---|---|

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

x _Cynthia a. Holmes_          _4/17/24_
Defendant                       Date

_[signature]_                   _4/17/24_
Attorney for Defendant          Date

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __17th__ day of _____April_____, 20__24__.

BY THE COURT:

_[signature]_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT